UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Salima Garcia v. Bayer Corporation, et al.* | No. 11-cv-10663-DRH |
| *Ladessia Gardner v. Bayer Corporation, et al.* | No. 12-cv-10813-DRH |
| *Anne Giancola v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10676-DRH |
| *Lindsay Gibson v. Bayer Corporation, et al.* | No. 11-cv-12450-DRH |
| *Amanda Lynn Giffin v. Bayer Corporation, et al.* | No. 11-cv-12175-DRH |
| *Lisa Ging v. Bayer Corporation, et al.* | No. 11-cv-13254-DRH |
| *Ashley Graham v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10944-DRH |
| *Gabrielle Gurrieri v. Bayer Corporation, et al.* | No. 11-cv-11436-DRH |
| *Brittani Hall v. Bayer Corporation, et al.* | No. 10-cv-13868-DRH |
| *Meshell Hampton v. Bayer Corporation, et al.* | No. 10-cv-11927-DRH |
| *Shannon Hankins v. Bayer Corporation, et al.* | No. 10-cv-13591-DRH |
| *Julie Hannan v. Bayer Corporation, et al.* | No. 11-cv-11432-DRH |
| *Patricia Hayslett v. Bayer Corporation, et al.* | No. 10-cv-12665-DRH |
| *Kimberly Holley v. Bayer Corporation, et al.* | No. 11-cv-11501-DRH |
| *Brandy Hoskins v. Bayer Corporation, et al.* | No. 10-cv-12667-DRH |
| *Lisa Howarth v. Bayer Corporation, et al.* | No. 11-cv-13554-DRH |

| | |
|---|---|
| *Rhonda Oliver v. Bayer Corporation, et al.* | No. 10-cv-13851-DRH |
| *Lovular Hunter v. Bayer Corporation, et al.* | No. 11-cv-12176-DRH |
| *Amina Jahi v. Bayer Corporation, et al.* | No. 11-cv-11504-DRH |
| *Karen Johnson v. Bayer Corporation, et al.* | No. 11-cv-12449-DRH |
| *Wanda Johnson v. Bayer Corporation, et al.* | No. 10-cv-11425-DRH |
| *Bonita Jones v. Bayer Corporation, et al.* | No. 10-cv-11964-DRH |
| *Carla Jones v. Bayer Corporation, et al.* | No. 11-cv-13472-DRH |
| *Jamie Jones v. Bayer Corporation, et al.* | No. 11-cv-11456-DRH |
| *Brandie Joseph v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12345-DRH |
| *Nancy Jungemann v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11461-DRH |
| *Barbara Kaney v. Bayer Corporation, et al.* | No. 11-cv-11510-DRH |
| *Tina Kirby v. Bayer Corporation, et al.* | No. 10-cv-10421-DRH |
| *Margaret Kirchner v. Bayer Corporation, et al.* | No. 11-cv-11515-DRH |
| *Virginia Knisley v. Bayer Corporation, et al.* | No. 10-cv-11958-DRH |
| *Hilary Parker v. Bayer Corporation, et al.* | No. 11-cv-11556-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

2

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 24, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                    **NANCY J. ROSENSTENGEL,**
                                    **CLERK OF COURT**

                                    BY:  /s/*Sara Jennings*
                                            **Deputy Clerk**

**Dated:**  March 25, 2014

Digitally signed by David R. Herndon
Date: 2014.03.25 14:29:01 -05'00'

**APPROVED:**
      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**